UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

YAO J. CHEN,

          Petitioner,

    v.

PEOPLE OF THE STATE OF
CALIFORNIA,

          Respondent.

Case No. 26-cv-00868-HSG

**ORDER OF DISMISSAL**

Petitioner filed this *pro se* petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Dkt. No. 1. On March 13, 2026, the Court denied Petitioner's request to proceed *in forma pauperis*, Dkt. No. 4, because his trust account statement indicated that he could pay the filing fee and still afford the necessities of life. Dkt. No. 7. The Court ordered Petitioner to pay the $5 filing fee in full by April 10, 2026, or face dismissal of this action. Dkt. No. 7. The deadline to pay the filing fee has passed, and Petitioner has not paid the filing fee. The Court DISMISSES this action for failure to pay the filing fee in full. This dismissal is without prejudice to filing a request to reopen, but any request to reopen must be accompanied by the full filing fee. Judgment is entered in favor of Respondent and against Petitioner. The Clerk is directed to terminate any remaining motions as moot and close the case.

    **IT IS SO ORDERED.**

Dated:   5/15/2026

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge