UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YAO J. CHEN,<br><br>                    Petitioner,<br><br>          v.<br><br>PEOPLE OF THE STATE OF<br>CALIFORNIA,<br><br>                    Respondent. | Case No.  26-cv-00868-HSG<br><br>**JUDGMENT** |

The Court has DISMISSED this action without prejudice.  Judgment is entered in favor of Respondent and against Petitioner.

**IT IS SO ORDERED AND ADJUDGED.**

Dated:  5/15/2026

HAYWOOD S. GILLIAM, JR.
United States District Judge